# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Michael Allen LEE, JR.  )
_____ )
Plaintiff               )
                        )
vs.                     )
                        )   Case No. _____
IDOC &                  )   *(The case number will be assigned by the clerk)*
Illinois                )
Department of           )
Corrections             )
_____ )   SCANNED at PCC and E-Mailed
_____ )   02.23.18 (date) by HP (initials)
_____ )   8 (# of pages)
_____ )
Defendant(s)            )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Allen LEE JR.

Prison Identification Number: Y-17162

Current address: Pontiac Correctional Center 700 W. Lincoln Street, P.O. Box 99 Pontiac, IL 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: DOCTOR- OJ / IDOC

Current Job Title: "DOCTOR"

Current Work Address _____

_____

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #3:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

Defendant #5:

   Full Name: _____

   Current Job Title: _____

   Current Work Address _____

   _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional Center, Pontiac, IL

4

Date(s) of the occurrence 2-12-18 Grievance Recycled.
Jan 1st denied Medical Treatment.

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I, Michael Lee came to Pontiac,cc Pontiac, IL on Sep 18th 2017, I have a deviated septum/broken nose/crooked nose, easy to notice. I, Michael Lee signed up for sick call at Pontiac,cc on September, 2017, December, 2017 Jan, 2018, in Doctor-OJ told me Mr. Lee your nose was broken but have healed that way now, to fix it, E.N.T clinic will have to break your nose An Reconstruck/ put it in the right place. If i have difficulty breathing he can give me nazal spray, I told doctor OJ. The reason my nose has healed the wrong way is due to no Medical Attention at the time of injury. An nazal spray doesnt work. I can not breathe out my nose at all now. only out my mouth. again I've wrote for sick call daily on Dec 1st 2017 Jan 30th 2018 An no one even calls me to sick call, nor did OJ follow up on my Medical Issue,

5

On Feb 10th 2018 I filed grievance and completed grievance process and now am persuing legal action. After 3 months I still have a crooked nose, broken nose that healed the wrong way, still no medical attention, or any response from Doctor OJ at Pontiac C.C. Pontiac, IL. I, have copies of each grievance and response from couskor Heather Cox, on 2-13-18 and 2-14-18. The grievance process is completed. But I, Michael Lee still recieved no medical attention.

I can only Breath out my mouth. Nose still bleeds Bally. And pain is very bad. I write Healthcare/medical every day Monday-Friday trying to see the doctor. But I get no response as if my request is not being met, or received, but it's actually being denied.

RELIEF REQUESTED
(State what relief you want from the court.)

My Eighth Amendment was violated, I would

like the court to address doctor-OJ and I Doe, And give me proper medical Attention/A referal to ENT clinic to Fix my nose, Also to compensate me funds due to Serious Medical need, Pain & Suffering, And being unable to breathe normally. Please & thank you.

JURY DEMAND    Yes ☑   No ☐

Signed this 21st day of February, 20 18.

M. Lee
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Michael Allen Lee JR | Y-17162 |
| Address: Pontiac Correctional Center 700 W. Lincoln Street P.O. Box 99 Pontiac, IL-61764 | Telephone Number: 815-842-2816-Pontiac CC |